**Michael E. BOYD, Plaintiff-Appellant,**

v.

**UNITED STATES DEPARTMENT OF THE TREASURY; et al., Defendants-Appellees.**

**No. 17-15641**

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

Michael E. Boyd, Pro Se

Claire Truxaw Cormier, Esquire, Assistant U.S. Attorney, DOJ—Office of the U.S. Attorney, San Jose, CA, for Defendants-Appellees United States Department of the Treasury, Jack Lew, United States of America

David William Tyra, James W. Ward, Attorney, Kronick Moskovitz Tiedemann & Girard PC, Sacramento, CA, for Defen-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

dants-Appellees Jerry Brown, Michael Cohen

Thomas J. Umberg, Attorney, Umberg Zipser LLP, Irvine, CA, for Defendant-Appellee Betty Yee

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

MEMORANDUM **

Michael E. Boyd appeals pro se from the district court's judgment dismissing his action alleging federal and state law claims arising from foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo questions of constitutional standing. *Wash. Envtl. Council v. Bellon*, 732 F.3d 1131, 1138 (9th Cir. 2013). We may affirm on any basis supported by the record. *Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121 (9th Cir. 2008). We affirm.

Dismissal of Boyd's action was proper because Boyd failed to allege facts showing that defendants caused Boyd any cognizable injury as required for Article III standing. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560-61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992) (elements of Article III standing); *see also Wash. Envtl. Council*, 732 F.3d at 1139 ("We also have an independent duty to assure that standing exists, irrespective of whether the parties challenge it.").

We do not consider issues or arguments not specifically and distinctly raised and argued in the opening brief. *See Padgett v.*

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).